

**UNITED STATES BANKRUPTCY COURT**
Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118

FILED

APR -3 A 11: ?0

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

**Gloria L. Franklin**
**Clerk of Court**

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

Re:  Case Name: *The Billing Resource*
     Case Number: 07-52890-ASW
     Adv. Case Name: *The Billing Resource v David R. Chase et al*
     Adv. Case Number: 7-5156-ASW
     Bankruptcy Judge Name: A. S. Weissbrodt
     District Court #: C08-01637-JF

Dear Mr. Wieking:

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / *Non-Final Order/Judgment* for assignment to a district court judge.

[X] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[X] Enclosed please find the Appellant's Designation of Record.

[ ] Enclosed please find the Appellee's Designation of Record.

[X] Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment.*

[ ] Other.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to [Deputy Clerk].

                                          Gloria L. Franklin, Clerk
                                          United States Bankruptcy Court

Dated: <u>April 3, 2008</u>        By: _____
                                          Janet Dustin, Deputy Clerk

1  WILLIAM BLUMENTHAL
   General Counsel
2
   LAWRENCE DeMILLE-WAGMAN
3  JOHN ANDREW SINGER
   MICHAEL P. MORA
4  JULIE A. MACK
   Federal Trade Commission
5  600 Pennsylvania Ave. NW, Room NJ-2122
   Washington, DC 20580
6  Telephone: (202) 326-2448; 3234; 3373; 2312
   Facsimile: (202) 326-2558
7  Email: jsinger@ftc.gov
          lwagman@ftc.gov
8         mmora@ftc.gov
          jmack@ftc.gov
9
   ATTORNEYS FOR
10 FEDERAL TRADE COMMISSION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE<br><br>THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>Debtor | Case No. 07-52890<br>Chapter 11 |
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, and DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, Inc., 411TXT, Inc., CELL-INFOUSA, INC., Enhanced Billing Services, Inc., Toll Free Connect, Inc., Cripple Creek Holdings, LLC, Built to Last, LLC, Not Fade Away, LLC, He's Gone, LLC, The Other One, LLC, Turn on Your Love Light, LLC, China Cat Sunflower, LLC, Lazy River Road Holdings, LLC,<br><br>Defendant. | Adv. Pro. No. 07-05156<br><br>APPELLANT FEDERAL TRADE COMMISSION'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL |

Pursuant to Fed. R. Bankr. P. 8006, Appellant Federal Trade Commission (the "FTC") hereby submits its designation of record and statement of issues on appeal from the Bankruptcy Court's Order Granting Motion for Preliminary Injunction dated March 18, 2008 [DE 154]. The FTC filed a Notice of Appeal of that Order and a related Statement of Election on March 21, 2008 [DE 157, 158]. The appeal has been docketed as *The Billing Resource v. Chase*, No. 5:08-cv-01637-JF (N.D. Cal.).

I.  **Designation of Record**

   A.  ***The Billing Resource v. David R. Chase***, **Adv. Proc. No. 07-5156 (Bankr. N.D. Cal.)**

| Filing Date | # | Docket Text/Description |
| --- | --- | --- |
| 12/4/07 | 85 | Transcript of November 27, 2007 Hearing |
| 12/14/07 | 99 | Transcript of November 26, 2007 Hearing |
| 12/14/07 | 100 | Transcript of November 21, 2007 Hearing |
| 2/22/08 | 139 | Declaration of Ken Dawson |
| 2/29/08 | 144 | Declaration of Robert Schoshinski |
| 3/5/08 | 146 | Declaration of Neal Goldfarb |
| 3/18/08 | 154 | Order Granting Motion for Preliminary Injunction |
| 3/19/08 | 155 | Transcript of March 7, 2008 Hearing |
| 3/21/08 | 157 | Notice of Appeal of Federal Trade Commission |

   B.  ***In re The Billing Resource***, **No. 07-52890 (Bankr. N.D. Cal)**

| Filing Date | # | Docket Text/Description |
| --- | --- | --- |
| 3/26/08 | 518 | Transcript of February 20, 2008 Hearing |

   C.  **Other**

Copy of 11th Circuit Docket in *FTC v. Nationwide Connections, Inc., et al*, No. 07-14531-EE (11th Cir.) (pending appeal)

-2-

**II.     Statement of Issue on Appeal**

Whether the bankruptcy court abused its discretion in its March 18, 2008, order extending the preliminary injunction enjoining the Commission from prosecuting its civil law enforcement action against Integretel?

Dated: March 31, 2008

Respectfully submitted,
WILLIAM BLUMENTHAL
General Counsel

/s/ Michael P. Mora
LAWRENCE DeMILLE-WAGMAN
JOHN ANDREW SINGER
MICHAEL P. MORA
JULIE A. MACK
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Room 2122
Washington, DC 20580
Telephone: (202) 326-2448; 3373; 2312
Facsimile: (202) 326-2558
Email: lwagman@ftc.gov
       jsinger@ftc.gov
       mmora@ftc.gov
       jmack@ftc.gov

ATTORNEYS FOR
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing APPELLANT FEDERAL TRADE COMMISSION'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL on March 31, 2008, on the following as indicated:

Via the Court's Electronic Case Filing system:

Michael H. Ahrens   mahrens@sheppardmullin.com
Ori Katz   okatz@sheppardmullin.com, dwhitehead@sheppardmullin.com
Jeffrey K. Rehfeld   jrehfeld@sheppardmullin.com, ewalters@sheppardmullin.com
Steven B. Sacks   ssacks@sheppardmullin.com, ewalters@smrh.com
Steven J. Schwartz   sschwartz@dgdk.com

Via regular U.S mail:

Debtor
The Billing Resource
5883 Rue Ferrari
San Jose, California 95138

Counsel to Debtor
The Billing Resource, dba Integretel,
a California corporation
Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld, Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California 94111

Counsel to Florida District Court Receiver
Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904

Counsel to Florida District Court Receiver
Jeffrey C. Schneider, Esquire
Michelle C. Visiedo-Hildago, Esquire
Tew Cardenas LLP
Four Seasons Tower, Fifteenth Floor
1441 Brickell Avenue
Miami, Florida 33131

Receiver in Case No. 06-80180-CIV-RYSKAMP
U.S. District Court for the Southern District of Florida
David R. Chase, Esquire
Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, Florida 33020

Counsel to Unsecured Creditors' Committee
John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
150 California St. 15th Fl.
San Francisco, California 94111-4500

-4-

| | |
|---|---|
| 1 | <u>Office of the U.S. Trustee</u><br>Sara L. Kisler, Acting U.S. Trustee |
| 2 | for Region 17<br>Office of the U.S. Trustee / SJ |
| 3 | U.S. Federal Bldg.<br>280 South 1st Street, #268 |
| 4 | San Jose, California  95113-3004 |
| 5 | |
| 6 | /s/ Michael Mora |
| 7 | ―――――――――――<br>Michael Mora |

-5-